# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SAMANTHA BARRETT, Individually and as Next Friend of JB a minor child, § § § | |
| *Plaintiffs*, § § | Civil Action No.  SA-13-CV-1155-XR |
| v. § § | |
| COMPASS WELL SERVICES, L.L.C., and COMPASS WELL SERVICES CO-INVEST, L.L.C., § § § § § | |
| *Defendants*. § § | |

## ORDER

A hearing is set for this case on Thursday, January 29, 2015, at 3:00 p.m. The hearing will take place at the John H. Wood Jr. United States Courthouse, Courtroom 3, located at 655 East Cesar E. Chavez Boulevard, San Antonio, Texas, 78206. The parties should be prepared to discuss the proposed settlement in this case.

It is so ORDERED.

SIGNED this 9th day of January, 2015.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1